IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ORIYOMI SADIQ ALOBA,**

    Petitioner,

v.                                        Case No. 4:25-cv-228-AW-MAL

**FEDERAL CORRECTIONAL
INSTITUTION, FEDERAL
DETENTION CENTER,
TALLAHASSEE,**

    Respondent.

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

Petitioner has not complied with a court order, and he has not objected to the magistrate judge's report and recommendation (ECF No. 8), which recommends dismissal on that basis. It appears Petitioner has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on August 25, 2025.

                                               s/ *Allen Winsor*
                                               Chief United States District Judge